_____
Honorable August B. Landis
United States Bankruptcy Judge

Entered on Docket
April 29, 2024

RICK A. YARNALL
Chapter 13 Bankruptcy Trustee
Daniel Riggs, Esq., NV Bar #12270
701 Bridger Ave., Ste 820
Las Vegas, NV 89101
(702) 853-4500
RAY13mail@lasvegas13.com

E-Filed: 4/25/2024

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

JAIRO A. VASQUEZ

Debtor(s)

Case no. 24-10923-abl

Chapter 13

**ORDER DISMISSING CHAPTER 13 CASE**
**PURSUANT TO SECTION 521(i)**

As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not timely filed Schedules A through J, nor has the Statement of Financial Affairs for Individuals Filing for Bankruptcy been filed. The Voluntary Petition was filed on February 29, 2024. The forty-five (45) day period expired on April 15, 2024.

/ / /

1    **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under

2    chapter 13 is **DISMISSED** for the Debtor's failure to timely comply with 11 U.S.C. § 521(i).

3    Dated 25th April, 2024.

4    Submitted by:

5

6    /s/ Rick A. Yarnall

    Rick A. Yarnall, Chapter 13 Trustee
7    701 Bridger Ave., Suite 820
    Las Vegas, NV 89101